IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM MONTGOMERY, | ) | CIVIL ACTION NO. 2:cv-16-00248 |
| | ) | |
| Plaintiff, | ) | HONORABLE DAVID S. CERCONE |
| | ) | HONORABLE ROBERT C. MITCHELL |
| v. | ) | |
| | ) | |
| CITY OF PITTSBURGH, | ) | |
| | ) | Electronically Filed. |
| Defendant. | ) | |

MOTION FOR EXTENSION OF TIME

COMES NOW, the Plaintiff, KIM MONTGOMERY, by and through her attorneys, LAW OFFICES OF JOEL SANSONE, JOEL S. SANSONE, ESQUIRE, and ELIZABETH A. TUTTLE, ESQUIRE, and hereby files this Motion for Extension of Time to file her objections to the Magistrate's Report and Recommendation for the following reasons:

1. On or about October 3, 2017, a Report and Recommendation was entered in this case. In that document, a deadline for objections was set for October 17, 2017.

2. Plaintiff's counsel is currently under a heavy schedule, including with this Court. As a result, Plaintiff requires additional time within which to appropriately respond to the Report and Recommendation.

3. Based upon the foregoing, Plaintiff respectfully requests that this Honorable Court grant a 30-day extension to file her response to the Report and Recommendation.

4. Matthew S. McHale, Esquire, for Defendant, City of Pittsburgh, does not oppose this motion.

WHEREFORE, for all of the above reasons, Plaintiff respectfully requests that this Honorable Court enter an order permitting a 30-day extension from October 17, 2017, within which to file her response to the Report and Recommendation.

                          Respectfully submitted,

                          LAW OFFICES OF JOEL SANSONE

                          s/Joel S. Sansone
                          PA ID No. 41008
                          Three Gateway Center, Suite 1700
                          401 Liberty Avenue
                          Pittsburgh, Pennsylvania 15222
                          412.281.9194

                          s/Elizabeth A. Tuttle
                          PA ID No. 322888
                          Three Gateway Center, Suite 1700
                          401 Liberty Avenue
                          Pittsburgh, Pennsylvania 15222
                          412.281.9194

Dated:  October 16, 2017